IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01986-MSK-PAC

THE UNITED STATES OF AMERICA, for the use and benefit of MDM
Services Corporation, a California corporation, and
DECOMMISSIONING & ENVIRONMENTAL MANAGEMENT COMPANY,
a New York corporation,

       Plaintiffs,

v.

MACTEC, a Colorado corporation, and
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,
a Pennsylvania insurance company,

       Defendants.
_____

### ORDER TO CLOSE CASE
_____

THIS MATTER having come before the Court, *sua sponte,* and the record revealing that the matter has been concluded,

IT IS ORDERED that the Clerk shall close the case.

Dated this 16th day of November, 2005.

       **BY THE COURT:**

       Marcia S. Krieger
       United States District Judge